González, Demandante·y Apelante, *v.* N. Santini & Co.
et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de Humacao
en pleito sobre tercería de bienes inmuebles.

Moción de los demandados y apelados para que se desestime
la apelación.

No. 1687.—Resuelto en julio 24, 1917.

Tercería de Bienes—Apelación.—El término para apelar en pleitos de tercería
es de diez días que rige por la ley sobre tercerías de 1907 ampliada en 1908
y no por el artículo 295 del Código de Enjuiciamiento Civil.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. José Martínez Dávila* y
*Fulgencio Piñero.*

Abogado de los apelados: *Sr. Rafael Arce.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

En este pleito, que versa sobre tercería de bienes muebles, ha presentado el abogado de la parte apelada N. Santini
& Co. moción con súplica de que·desestimemos el recurso de
apelación establecido por la parte demandante contra la· sentencia que lo resolvió definitivamente, fundada en que habiéndose dictado la sentencia en 2 de marzo de 1917, siendo
notificada el mismo día al demandante, éste dejó transcurrir
el término de diez días que· para apelarla le concede·la sección 19 de la Ley de 14 de marzo de 1907 promulgada ·para
determinar el procedimiento en los casos de tercería sobre
bienes muebles y para otros fines, y no estableció su apelación hasta el día 28 del mismo mes y año, después de transcurridos dichos diez días. Estos hechos están justificados
con certificaciones del secretario de la corte inferior.

La Ley de 14 de marzo de 1907 citada por el peticionario reguló el procedimiento en los casos de tercería sobre
bienes muebles, que fué aplicable a las tercerías de bienes
inmuebles por la ley de 12 de marzo de 1908, y según la sec-

ción 19 de aquella ley "contra las sentencias dictadas en los juicios de tercería, podrá apelarse en el término de diez días, y en la forma dispuesta por el Código de Enjuiciamiento Civil, para las apelaciones en general."

Según este precepto el término para apelar sentencias en casos de tercería es solamente de diez días y el Código de Enjuiciamiento Civil sólo es aplicable en estos pleitos en cuanto a la manera de formalizar la apelación, o sea entregando al secretario de la corte en que fué dictada la sentencia un escrito manifestando que se apela de ella y presentando idéntica manifestación a la parte contraria o a su abogado (artículo 296 del Código de Enjuiciamiento Civil), y también en cuanto a los procedimientos subsiguientes.

El término para apelar sentencias en casos de tercerías está fijado por la ley antes citada y no por el artículo 295 del Código de Enjuiciamiento Civil de 1904, enmendado en 1908 y por la ley No. 70 de 1911 para las apelaciones a que dicho artículo se refiere.

Como la apelación en este caso se estableció después del término legal de diez días, debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Hutchison.

El Juez Presidente Sr. Hernández no intervino en la resolución de este caso.